AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| LONGHORN HD LLC., <br><br> *Plaintiff(s)* <br><br> v. <br><br> ONEPLUS TECHNOLOGY (SHENZHEN) CO., LTD., <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 2:21-cv-00082 <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

OnePlus Technology (Shenzhen) Co., Ltd.
18F, Tairan Building, Block C
Tairan 8th Road, Chegongmiao, Futian District
Shenzhen, Guangdong 518040, CHINA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Vincent J. Rubino, III Esq.
FABRICANT LLP
411 Theodore Fremd Road, Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: ___3/10/21___

David A. O'Toole
*Signature of Clerk or Deputy Clerk*

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Eastern District of Texas

Case Number: 2:21-CV-00082-JRG

Plaintiff:
**Longhorn HD LLC**

vs.

Defendant:
**OnePlus Technology (Shenzhen) Co., LTD.**

For:
Fabricant LLP
411 Theodore Fremd Rd.
Suite 206
South Rye, NY 10580

Received by Inter County Judicial Services LLC on the 18th day of March, 2021 at 11:01 am to be served on **OnePlus Technology (Shenzhen) Co., LTD. by serving the Texas Secretary of State, 1019 Brazos, Austin, Travis County, TX 78701**.

I, Mike Techow, being duly sworn, depose and say that on the **18th day of March, 2021** at **3:30 pm, I:**

served a **CORPORATION** by delivering a true copy of the **2 copies - Summons in a Civil Action and Complaint for Patent Infringement with a $55.00 SOS fee** with the date and hour of service endorsed thereon by me, to: **Michelle Robinson, Texas Secretary of State as Authorized Agent**, at the address of: **1019 Brazos, Austin, Travis County, TX 78701**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, of sound mind, have no interest in the above action. The facts stated in this affidavit are within my personal knowledge and are true and correct.

Subscribed and Sworn to before me on the 18th day of March, 2021 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

MARIE NICOLE HENRY
Notary Public, State of Texas
Comm. Expires 04-04-2023
Notary ID 131960999

_____
Mike Techow
PSC-1215, Exp. 7/31/2022

Inter County Judicial Services LLC
6851 Jericho Turnpike
Suite 180
Syosset, NY 11791
(516) 248-8270

Our Job Serial Number: MST-2021001868
Ref: 2106251

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1t